Herbert N Brown
1058 Hurricane Creek Rd
Chattanooga, TN 37421

U.S. District Court
Clerk of Court attn: Elaine
801 Broadway Suite 800
Nashville, TN 37203

RECEIVED
IN CLERK'S OFFICE
NOV - 5 2009
U.S. DISTRICT COURT
MID. DIST. TENN.