DuPont™ Tyvek®
Protect What's Inside.™

RECIPIENT
The sender has requested notification upon delivery.
Immediately upon receipt, please telephone:
Name: _____
Tel. No.: ( _____ ) _____

PLEASE PRESS FIRMLY    PLEASE PRESS FIRMLY    PLEASE PRESS FIRMLY

UNITED STATES POSTAL SERVICE

EXPRESS MAIL

EXTREMELY URGENT
Please Rush To Addressee

RECEIVED
IN CLERK'S OFFICE
NOV – 5 2009
U.S. DISTRICT COURT
MID. DIST. TENN.

RECEIVED
IN CLERK'S OFFICE
NOV – 4 2009
U.S. DISTRICT COURT
MID. DIST. TENN.

FOR PICKUP OR TRACKING CALL 1-800-222-1811

www.usps.

U.S. POSTAGE
PAID
CHATTANOOGA, TN
NOV 02, 09
AMOUNT
$13.05
00066636-05

PRESS HARD. YOU ARE MAKING 3 COPIES.

ORIGIN (POSTAL SERVICE USE ONLY)

FOR PICKUP OR TRACKING
Visit WWW.USPS.COM
Call 1-800-222-1811

FROM: (PLEASE PRINT)  PHONE ( )

TO: (PLEASE PRINT)  PHONE ( )

UNITED STATES POSTAL SERVICE®
EXPRESS MAIL
DELIVERY (POSTAL SERVICE USE ONLY)

CUSTOMER USE ONLY

Post Office To Addressee

Addressee Copy
Label 11-B, March 2004

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail
shipments. Misuse may be a violation of federal law.
EP13-O JUNE 2002      © 1995 USPS