RECEIVED
IN CLERK'S OFFICE
NOV - 5 2009
U.S. DISTRICT COURT
MID. DIST. TENN.

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN
NOV - 5 2009
BY_____
DEPUTY CLERK

3 09 1060

November 4, 2009

U.S. District Court Clerk
801 Broadway Suite 800
Nashville, TN 37203

Re: Herbert Brown vs. Western Express Inc.

My complaint was returned due to sending a personal check. It was logged in as received by the U.S. District Court on 10/29/09. I have enclosed my original complaint and a cashier's check for $350.00 for the filing fee.

In my letter from the Court, the miscellaneous pro se form was left out by mistake, so this letter serves as my request for an extension.

Sincerely,

*Herbert W. Brown*